**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| TERRY TIMMERMAN, | : | **Hon. Jerome B. Simandle** |
| Petitioner, | : | |
| v. | : | Civil Action No. 09-3724 (JBS) |
| UNITED STATES OF AMERICA, | : | **ORDER** |
| Respondents. | : | |

For the reasons expressed in the Opinion filed herewith,

IT IS on this __19th__ day of __January__, 2010,

ORDERED that the Petition is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.


    s/ Jerome B. Simandle
    **JEROME B. SIMANDLE, U.S.D.J.**